542 S.E.2d 57

**Danzell PANNELL, Appellant,**

v.

**COMMONWEALTH of Virginia, Appellee.**

**Record No. 0274–00–4.**

Court of Appeals of Virginia.

Feb. 27, 2001.

Before: FITZPATRICK, C.J., and BENTON, WILLIS, ELDER, BRAY, ANNUNZIATA, BUMGARDNER, FRANK, HUMPHREYS, CLEMENTS and AGEE, JJ.

Upon a Petition for Rehearing En Banc

On February 13, 2001 came the appellee and filed a petition praying that the Court set aside the judgment rendered herein on January 30, 2001, and grant a rehearing *en banc* thereof.

On consideration whereof, the petition for rehearing *en banc* is granted, the mandate entered herein on January 30, 2001 is stayed pending the decision of the Court *en banc*, and the appeal is reinstated on the docket of this Court.

The parties shall file briefs in compliance with Rule 5A:35.

The appellee shall attach as an addendum to the opening brief upon rehearing *en banc* a copy of the opinion previously rendered by the Court in this matter. It is further ordered

**446**

that the appellee shall file with the clerk of this Court twelve additional copies of the appendix previously filed in this case.